UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:23-cv-0126-MEMF (KES)   Date: March 21, 2023

Title   <u>Anthony Edwards v. Jim Robertson</u>

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Kelly Davis | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO PAY THE FILING FEE**

On January 23, 2023, Petitioner filed a Petition for Writ of Habeas Corpus and a related Motion to File Writ of Habeas Corpus. ECF Nos. 1, 2. Upon filing, Petitioner did not pay the $5 filing fee or file an application to proceed without prepayment of the filing fee and, accordingly, the Clerk's Office issued a notice advising Petitioner of this deficiency ("Clerk's Notice"). ECF No. 3. The Clerk's Notice warned Petitioner that failure to either pay the filing fee or file a request to proceed without prepayment within thirty (30) days may result in this action being dismissed. ECF No. 2 at 1.

However, as of the date of this Order, Petitioner has failed to satisfy either requirement. Accordingly, Petitioner is hereby ORDERED TO SHOW CAUSE why this action should not be dismissed for Petitioner's failure to pay the filing fee or file a request to proceed without prepayment. Within thirty (30) days of the date of this Order, Petitioner must pay the $5 filing fee or file a request to proceed without prepayment. If Petitioner chooses to file a request to proceed without prepayment of the filing fee, he may do so using the form provided with the Clerk's Notice. Failure to comply with this Order will result in this action being dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

:

**Initials of Preparer**